PROCTOR *v.* THOMPSON.

LUMPKIN, J.   This case is controlled by the decision in *Proctor* v. *Pointer,*
     ante.                    *Judgment reversed.  All the Justices concur.*